ORIGINAL

Perfect 10 Inc v. Bernard Rothschild et al

SEND

FILED
CLERK, U S DISTRICT COURT
MAY 19 2004
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Perfect 10, Inc. Plaintiff(s), v. Bernard Rothchild Defendant(s). | CASE NUMBER: CV 04-2586 ABC (RZx) |
| | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

_______________ Date

Lourdes B. Baird
~~*United States District Judge*~~

TRANSFER ORDER DECLINED

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Baird for all further proceedings.

_______________ Date

Audrey B. Collins
*United States District Judge*

## DECLINATION

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: Low #case claims TM, + unfair competition & rts of publicity while this case involves copyright & different Δ. No substantial overlap

May 17, 2004
*Date*

[signature]
*United States District Judge*

**REASON FOR TRANSFER AS INDICATED BY COUNSEL:** Case CV 97-6967 LGB (SHx) and the present case:

X A. appear to arise from the same or substantially identical transactions, happenings or events.
☐ B. involve the same or substantially the same parties or property.
☐ C. involve the same patent, trademark or copyright.
X D. call for determination of the same or substantially identical questions of law and fact.
X E. likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

TRANSFER ORDER DECLINED

**NOTICE TO COUNSEL FROM CLERK:**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _______________ to Magistrate Judge _______________.

On all documents subsequently filed in this case, please substitute the initials _______ after the case number in place of the initials of the prior judge, so that the case number will read _______________. This is very important because documents are routed to the assigned judges by means of these initials.

**Subsequent documents must be filed at the X Western ☐ Southern ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

(4)



APR 26 2004

ENTERED ON ICMS 5/19/04

Dockets.Justia.com