Case 2:04-cv-02586-ABC-RZ Document 5 Filed 07/15/2004 Page 1 of 1

Perfect 10 Inc v. Bernard Rothschild et al Doc. 5

CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES — GENERAL

Priority / Send

Case No. CV 04-2586 ABC (RZx) Date July 15, 2004

Title Perfect 10, Inc. -vs- Bernard Rothschild

DOCKET ENTRY

PRESENT:

HON. AUDREY B. COLLINS, JUDGE

Daphne Alex — Deputy Clerk

-------------- — Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: NONE PRESENT

ATTORNEYS PRESENT FOR DEFENDANTS: NONE PRESENT

PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

IT IS ORDERED that plaintiff's counsel show cause in writing not later than Aug. 13, 2004 why this action should not be dismissed for lack of prosecution as to defendant(s) Bernard Rothschild.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, no oral argument will be heard on this matter unless ordered by the Court. The Order to Show Cause will stand submitted upon the filing of plaintiff(s)' response. The Court will consider as a satisfactory response the filing of the following on or before the date shown above.

X Proof of service of summons and complaint on defendants named above

X Answer by defendants Same or plaintiff(s)' request for entry of default

___ Plaintiff(s)' motion for entry of default judgment or request to the Clerk for entry of default judgment

X Stipulation and Order extending time to respond to the complaint

Failure to file a timely response is deemed consent to the dismissal without prejudice of the action as to the above defendants.

cc:

Initials of Deputy Clerk D.A

DOCKETED ON CM
JUL 15 2004
BY BG 010

MINUTES FORM 11
CIVIL—GEN

D — M

(5)

Dockets.Justia.com