Perfect 10 Inc v. Bernard Rothschild et al Doc. 7

JEFFREY N. MAUSNER (State Bar No.122385)
Berman, Mausner & Resser ALC
11601 Wilshire Boulevard, Suite 600
Los Angeles, Ca 90025
Telephone: (310) 473-3333
Fax: (310) 473-8303

Send JS-6

FILED 2004 AUG 25 AM 10:08 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

**UNITED STATES DISTRICT COURT**
Central **DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PERFECT 10, INC., a California corporation<br>Plaintiff(s)<br>v.<br>BERNARD ROTHSCHILD, an individual; and DOES 1 through 10, inclusive<br>Defendant(s) | CASE NUMBER: CV 04-2586 ABC (RZx)<br>**NOTICE OF DISMISSAL BY PLAINTIFF**<br>**Rule 41(a)(1) F.R.Civ.P.** |

**PLEASE TAKE NOTICE:**

[X] The above-entitled action is

without prejudice are hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: August 23, 2004

DOCKETED ON CM
AUG 25 2004
BY 005

Jeffrey N. Mausner
Plaintiff / Attorney for Plaintiff
JEFFREY N. MAUSNER

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.



Dockets.Justia.com

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and am not a party to the within action; my business address is: 11601 Wilshire Blvd., Suite 600 Los Angeles, CA 90025-1742.

On August 24, 2004, I served the foregoing document(s) described as follows:

**NOTICE OF DISMISSAL BY PLAINTIFF**

on the interested party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed to the address(es) as follows:

**Mitchell D. Savrick**
**Heritage Square - G**
**2901 Bee Caves Road**
**Austin, Texas 78746**
**Fax (512) 347-1676**

**MAIL:** I placed such envelope with fully prepaid postage thereon in the United States mail at Los Angeles, California.

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on **August 24, 2004,** at Los Angeles, California

BY: ______________________
Mary Trinh